SIRLIN PLUMBING CO., Appellant, v. MAPLE HILL HOMES, INC., Respondent

Beldock, P. J., Ughetta, Brennan, Hopkins and Munder, JJ. concur.